Karen **BARKES**, as administratrix of the Estate of Christopher Barkes; Alexandra Barkes; Brittany Barkes

v.

**FIRST CORRECTIONAL MEDICAL, INC.; Stanley Taylor; Raphael Williams; Certain Unknown Individual Employees of the State of Delaware Department of Corrections; Certain Unknown Individual Employees of First Correctional Medical, Inc. State of Delaware Department of Corrections**

Stanley Taylor and Raphael Williams, Appellants.

No. 12–3074.

United States Court of Appeals, Third Circuit.

Originally Argued Sept. 24, 2013.

Remanded by the Supreme Court of the United States on July 6, 2015.

Submitted Under Third Circuit L.A.R. 34.1(a) on July 6, 2015.

July 13, 2015.

logic of *Calder* to the circumstances of this case. *Calder* has no application here.

Jeffrey K. Martin, Esq., Martin & Associates, Wilmington, DE, for Plaintiffs–Appellees.

Catherine C. Damavandi, Esq., Delaware Department of Justice, Wilmington, DE, for Defendants–Appellants.

Before: AMBRO, FISHER and HARDIMAN, Circuit Judges.

JUDGMENT ORDER

D. MICHAEL FISHER, Circuit Judge.

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was argued on September 24, 2013.

By opinion and judgment dated June 1, 2015, the Supreme Court of the United States REVERSED the decision of the Third Circuit, it is now hereby ORDERED and ADJUDGED that the case is REMANDED to the District Court to dismiss the complaint consistent with the opinion of the Supreme Court.